UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BILAL ROBINSON,

    Plaintiff,

v.

C.R. BARD, INC.,

    Defendant.

Case No. 16-cv-00942-JST

**ORDER VACATING HEARING**

Re: ECF No. 13

Before the Court is Defendant's Motion to Dismiss. ECF No. 13. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for May 26, 2016, is hereby VACATED.

IT IS SO ORDERED.

Dated: May 2, 2016

_____
JON S. TIGAR
United States District Judge